| 1. Person Reporting (Last name, First name, Middle initial) Moore II; John H | 2. Court or Organization U.S. DISTRICT COURT MDFL | 3. Date of Report 6/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Sr. Status | 5. ReportType (check appropriate type) ( ) Nomination, Date ( ) Initial (●) Annual ( ) Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 300 North Hogan Street Suite 11-400 Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | ▆▆▆▆▆ |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUN -9 A 11:01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | State of Florida - retirement | 19832.00 |
| 2. | Sun Life Insurance Co. - Annuity | 2060.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vet Admin. | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | C | Dividend | L | T | | | | | See Sec. VIII |
| 4. Pacific Gas & Elec. Co., common stock | A | Dividend | L | T | | | | | See Sec. VIII |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | C | Dividend | N | T | | | | | |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | K | T | | | | | |
| 9. Bank of America | A | Interest | L | T | | | | | |
| 10. Walt Disney, common stock | A | Dividend | J | T | | | | | |
| 11. Pru-Bache Nat'l Muni. Fd. | B | Dividend | K | T | | | | | |
| 12. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 13. Bank of America | A | Interest | J | T | | | | | |
| 14. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 15. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 16. Merrill Lynch CMA Acc't. | C | Dividend | N | T | | | | | |
| 17. Becton-Dickinson, common stock | A | Dividend | L | T | | | | | |
| 18. Exxon Mobil, common stock | F | Dividend | P1 | T | | | | | See Sec. VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 20. Southern Co., common stock | B | Dividend | K | T | | | | | See Sec. VIII |
| 21. Bond-FL. St. Mun. Pwr. | B | Interest | K | T | redeemed | 10/01 | K | A | |
| 22. Bond-Jax. Fl. Impt. (Gator Bowl) | B | Interest | K | T | | | | | |
| 23. Bond-Fl. St. Mun. Pwr. Agy. | B | Interest | K | T | redeemed | 10/01 | K | A | |
| 24. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 25. Jax, FL Cap Impt Gator Bowl Bond | C | Interest | L | T | | | | | |
| 26. Van Karn FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 27. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 28. American Water Works, common stock | A | Dividend | - | | sell | 01/10 | J | A | |
| 29. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 30. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 31. Mirant Corp., common stock | A | Dividend | J | T | | | | | |
| 32. FLA ST BD ED CAP, Bond | D | Interest | L | T | | | | | |
| 33. FLA ST BD ED CAP, Bond | D | Interest | L | T | | | | | |
| 34. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 35. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 36. Dade Cty FL Wtr & Sew Bd | D | Interest | | | redeemed | 11/14 | M | C | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,000-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Dade Cty FL Wtr & Sew Bd | C | Interest | | | redeemed | 11/14 | M | B | |
| 38. McDonalds Corporation - common stock | A | Dividend | J | T | | | | | |
| 39. Wal-Mart Stores - common stock | A | Dividend | J | T | | | | | |
| 40. St. Joe Corp. - common stock | A | Dividend | J | T | | | | | |
| 41. USAA - Investment Account | A | Interest | J | T | | | | | |
| 42. USAA - Bonus Savings | A | Interest | K | T | | | | | |
| 43. General Electric - common stock | A | Dividend | J | T | buy | 02/19 | J | | |
| 44. Aerovox | | None | J | T | inherit | 06/01 | J | | |
| 45. Ametek - common stock | A | Dividend | M | T | inherit | 06/01 | M | | |
| 46. AT&T - common stock | A | Dividend | - J | T | inherit | 06/01 | J | | |
| 47. BellSouth | A | Dividend | K | T | inherit | 06/01 | K | | |
| 48. Comcast | A | Dividend | J | T | inherit | 06/01 | J | | |
| 49. Citigroup | B | Dividend | L | T | inherit | 06/01 | L | | |
| 50. Cooper Industries LTD | D | Dividend | M | T | inherit | 06/01 | M | | |
| 51. DTE Energy Co. - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 52. Delphi Corp - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 53. Ford Motor Co. - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 54. Foot Locker Inc. - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. TRI Cont'l Corp | A | Dividend | J | T | inherit | 06/01 | J | | |
| 56. General Motors - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 57. Honeywell Int'l - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 58. International Paper - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 59. Lucent technologies - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 60. National Grid Transco | A | Dividend | J | T | inherit | 06/01 | J | | |
| 61. SBC Communications - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 62. Travelers PPTY B - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 63. Travelers PPTY A - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 64. Visteon | A | Dividend | - J | T | inherit | 06/01 | J | | |
| 65. Verizon - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 66. Vodafone | A | Dividend | J | T | inherit | 06/01 | J | | |
| 67. Dade Cty FL Wtr & Swr Bd | | | | | inherit | 06/01 | M | | |
| 68. Dade Cty FL Wtr & Swr Bd | C | Interest | | | redeemed | 11/14 | M | C | |
| 69. Hillsborough Cty Solid Wste Bd | B | Interest | L | T | inherit | 06/01 | L | | |
| 70. Equitable Accumulator - annuity | E | Dividend | M | T | buy | 09/03 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Lines 3, 4, 18 and 20 of Section VII are increased due to inheritance.

Lines 67 and 68 of Section VII are one and the same.

-------------------------------------------------------------

Section VII, page 2, lines 21 and 23 amended as requested.

Section VII, page 3, line 44 amended as requested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable sta utory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____6/2/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Commit ee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br>Moore II, John H | 2. Court or Organization<br>U.S. DISTRICT COURT MDFL | 3. Date of Report<br>3/31/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Sr. Status | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>300 North Hogan Street<br>Suite 11-400<br>Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | █████ |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1 | State of Florida - retirement | 19832.00 |
| 2. | Sun Life Insurance Co. - Annuity | 2060.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✔ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vet Admin. | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | C | Dividend | L | T | | | | | See Sec. VIII |
| 4. Pacific Gas & Elec. Co., common stock | A | Dividend | L | T | | | | | See Sec. VIII |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | C | Dividend | N | T | | | | | |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | K | T | | | | | |
| 9. Bank of America | A | Interest | L | T | | | | | |
| 10. Walt Disney, common stock | A | Dividend | J | T | | | | | |
| 11. Pru-Bache Nat'l Muni. Fd. | B | Dividend | K | T | | | | | |
| 12. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 13. Bank of America | A | Interest | J | T | | | | | |
| 14. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 15. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 16. Merrill Lynch CMA Acc't. | C | Dividend | N | T | | | | | |
| 17. Becton-Dickinson, common stock | A | Dividend | L | T | | | | | |
| 18. Exxon Mobil, common stock | F | Dividend | P1 | T | | | | | See Sec. VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $ | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 20. Southern Co., common stock | B | Dividend | K | T | | | | | See Sec. VIII |
| 21. Bond-Fl. St. Mun. Pwr. | | | | | redeemed | 10/01 | K | A | |
| 22. Bond-Jax. Fl. Impt. (Gator Bowl) | B | Interest | K | T | | | | | |
| 23. Bond-Fl. St. Mun. Pwr. Agy. | | | | | redeemed | 10/01 | K | A | |
| 24. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 25. Jax, FL Cap Impt Gator Bowl Bond | C | Interest | L | T | | | | | |
| 26. Van Kam FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 27. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 28. American Water Works, common stock | A | Dividend | - | | sell | 01/10 | J | A | |
| 29. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 30. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 31. Mirant Corp., common stock | A | Dividend | J | T | | | | | |
| 32. FLA ST BD ED CAP, Bond | D | Interest | L | T | | | | | |
| 33. FLA ST BD ED CAP, Bond | D | Interest | L | T | | | | | |
| 34. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 35. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 36. Dade Cty FL Wtr & Sew Bd | D | Interest | | | redeemed | 11/14 | M | C | |

1 Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dade Cty FL Wtr & Sew Bd | C | Interest | | | redeemed | 11/14 | M | B | |
| 38. McDonalds Corporation - common stock | A | Dividend | J | T | | | | | |
| 39. Wal-Mart Stores - common stock | A | Dividend | J | T | | | | | |
| 40. St. Joe Corp. - common stock | A | Dividend | J | T | | | | | |
| 41. USAA - Investment Account | A | Interest | J | T | | | | | |
| 42. USAA - Bonus Savings | A | Interest | K | T | | | | | |
| 43. General Electric - common stock | A | Dividend | J | T | buy | 02/19 | J | | |
| 44. Aerovox | A | | J | T | inherit | 06/01 | J | | |
| 45. Ametek - common stock | A | Dividend | M | T | inherit | 06/01 | M | | |
| 46. AT&T - common stock | A | Dividend | - J | T | inherit | 06/01 | J | | |
| 47. BellSouth | A | Dividend | K | T | inherit | 06/01 | K | | |
| 48. Comcast | A | Dividend | J | T | inherit | 06/01 | J | | |
| 49. Citigroup | B | Dividend | L | T | inherit | 06/01 | L | | |
| 50. Cooper Industries LTD | D | Dividend | M | T | inherit | 06/01 | M | | |
| 51. DTE Energy Co. - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 52. Delphi Corp - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 53. Ford Motor Co. - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 54. Foot Locker Inc. - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |

| 1 Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. TRI Cont'l Corp | A | Dividend | J | T | inherit | 06/01 | J | | |
| 56. General Motors - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 57. Honeywell Int'l - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 58. International Paper - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 59. Lucent technologies - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 60. National Grid Transco | A | Dividend | J | T | inherit | 06/01 | J | | |
| 61. SBC Communications - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 62. Travelers PPTY B - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 63. Travelers PPTY A - common stock | A | Dividend | J | T | inherit | 06/01 | J | | |
| 64. Visteon | A | Dividend | - J | T | inherit | 06/01 | J | | |
| 65. Verizon - common stock | B | Dividend | K | T | inherit | 06/01 | K | | |
| 66. Vodafone | A | Dividend | J | T | inherit | 06/01 | J | | |
| 67. Dade Cty FL Wtr & Swr Bd | | | | | inherit | 06/01 | M | | |
| 68. Dade Cty FL Wtr & Swr Bd | C | Interest | | | redeemed | 11/14 | M | C | |
| 69. Hillsborough Cty Solid Wste Bd | B | Interest | L | T | inherit | 06/01 | L | | |
| 70. Equitable Accumulator - annuity | E | Dividend | M | T | buy | 09/03 | M | | |

| 1. Income Gain Codes | A | $1,000 or less | B | = $1,001-$2,500 | C | = $2,501-$5,000 | D | = $5,001-$15,000 | E | = $15,001-$50,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| (See Columns B1 and D4) | F | = $50,001-$100,000 | G | = $100,001-$1,000,000 | H1 | = $1,000,001-$5,000,000 | H2 | = More than $5,000,000 | | |
| 2. Value Codes | J | = $15,000 or less | K | = $15,001-$50,000 | L | = $50,001-$100,000 | M | = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N | = $250,000-$500,000 | O | = $500,001-$1,000,000 | P1 | = $1,000,001-$5,000,000 | P2 | = $5,000,001-$25,000,000 | | |
| | P3 | = $25,000,001-$50,000,000 | | | P4 | = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q | = Appraisal | R | = Cost (Real Estate Only) | S | = Assessment | T | = Cash/Market | | |
| (See Column C2) | U | = Book Value | V | = Other | W | = Estimated | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Lines 3, 4, 18 and 20 of Section VII are increased due to inheritance.

Lines 67 and 68 of Section VII are one and the same.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████             Date  3/31/04

NOTE: AN█████IDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544